

# NUMBER 13-10-00018-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

### IN THE MATTER OF THE GUARDIANSHIP OF
### AGNES WILLEMIN MEELER

### On appeal from the County Court at Law No. 1
### of Victoria County, Texas.

# MEMORANDUM OPINION

### Before Justices Yañez, Rodriguez, and Garza
### Memorandum Opinion Per Curiam

Appellants, Barbara Hennig and William W. Matthews, perfected an appeal from a judgment entered by the County Court at Law No. 1 of Victoria County, Texas, in cause number GDN 1-119. On February 4, 2010, this Court abated the case to allow the parties the opportunity to engage in settlement negotiations. The case is hereby REINSTATED.

Appellants have filed a motion to dismiss the appeal, with prejudice. Appellants request that this Court dismiss the appeal.

The Court, having considered the documents on file and appellants' motion to dismiss the appeal, with prejudice, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a).   Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED WITH PREJUDICE.   Costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").   Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.


PER CURIAM

Delivered and filed the
22nd day of April, 2010.